UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

<u>In Re</u>                              )
                                       )
MANUEL RAUL REYO PENA                  )
GARCIA MONTERO                         )       1:12-cv-00011-JAW
                                       )

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on January 11, 2012 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on January 23, 2012. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Docket # 2) be and hereby is <u>DENIED</u>.

3. It is further <u>ORDERED</u> that the Complaint (Docket # 1) be and hereby is <u>DISMISSED</u>.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 25th day of January, 2012