UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

In Re                                    )
                                         )
MANUEL RAUL REYO PENA                     )
GARCIA MONTERO                            )        1:12-cv-00011-JAW
                                         )

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on January 11, 2012 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on January 23, 2012. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Plaintiff's Motion for Leave to Proceed in forma pauperis (Docket # 2) be and hereby is DENIED.

3. It is further ORDERED that the Complaint (Docket # 1) be and hereby is DISMISSED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 25th day of January, 2012